# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. 4:12-cv-01728-SNLJ |
| | § | |
| STEPHEN SHEPARD, et al., | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses with prejudice its lawsuit against STEPHEN SHEPARD. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

This 29nd day of July, 2015.

/s/ Joseph A. Gagnon
Joseph A. Gagnon, #56805
Gagnon Law Firm, LLC

*Attorneys for Plaintiff*

/s/ Clinton B. Roberts
Clinton B. Roberts, #20809
Roberts and Roberts

*Attorney for Defendants*

IT IS SO ORDERED on this _____ day of July, 2015

_____
Judge Stephen N. Limbaugh Jr.
United States District Judge